

# United States District Court
# Eastern District of California

| ALEXIS DANIELLE CARO |
| --- |

Plaintiff(s)

Case Number: | 2:26-cv-01281-TLN-CSK |

V.

| EQUIFAX INFORMATION SERVICES, LLC |
| --- |

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

James Michael Smith hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

plaintiff

On _____05/05/2005_____ (date), I was admitted to practice and presently in good standing in the

_____Supreme Court of Illinois_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: _____04/28/2026_____          Signature of Applicant: /s/ James Michael Smith

U.S. District Court – Pro Hac Vice Application                                                      Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

Applicant's Name: James Michael Smith

Law Firm Name: Doherty Smith, LLC

Address: 7000 W. 127th Street Suite 101

City: Palos Heights    State: IL    Zip: 60463

Phone Number w/Area Code: (312) 319-2879

City and State of Residence: Orland Park, Illinois

Primary E-mail Address: JSmith@Dohertysmith.com

Secondary E-mail Address: JSmith@Dohertysmith.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Craig C. Marchiando

Law Firm Name: CONSUMER LITIGATION ASSOCIATES, P.C.

Address: 1 Embarcadero Center Suite 1200

City: San Francisco    State: CA    Zip: 94111

Phone Number w/Area Code: (757) 930-3660    Bar # 283829

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 5, 2026

Troy L. Nunley
Chief United States District Judge