SEYFARTH SHAW LLP
Theodore E. Roethke (SBN 257869)
troethke@seyfarth.com
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3958
Telephone:  (404) 885-1500
Facsimile:  (404) 892-7056

*Counsel for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS DANIELLE CARO,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. 2:26-cv-01281-TLN-CSK<br><br>**CONSENT MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINE TO FILE ANSWER TO COMPLAINT**<br><br>Complaint Served:  April 2, 2026<br>Current Response Date:  June 5, 2026<br>New Response Date: July 2, 2026 |

Plaintiff Alexis Danielle Caro ("Plaintiff") brings suit against Defendant Equifax Information Services, LLC ("Equifax") under the Fair Credit Reporting Act and other similar statutes.  Equifax's deadline to respond to Plaintiff's complaint is currently June 5, 2026. Plaintiff hereby requests that the Court extend the answer deadline to July 2, 2026, stating as follows:

1.    On April 2, 2026 Plaintiff filed a Complaint against Defendant, Equifax, in the United States District Court for the Eastern District of California, titled *Alexis Danielle Caro v. Equifax Information Services, LLC*; Case No. 2:26-cv-01281-TLN-CSK. (ECF No. 1)

2.    Plaintiff served their Complaint on Equifax on April 17, 2026.

3.    On May 8, 2026, the Parties filed a Local Rule 144 Stipulation to extend the time for Equifax to respond to Plaintiff's Complaint through and including June 5, 2026.  (ECF No. 8)

MOTION FOR ADMINISTRATIVE RELIEF

325746878v.1

4.      Equifax and its counsel require additional time to investigate and respond to the allegations and claims made by Plaintiff as it has not yet received the necessary personal identifiable information from Plaintiff's counsel. Accordingly, Equifax requests an second extension of the deadline to respond to Plaintiff's Complaint, up to and including, July 2, 2026.

5.      On June 1, 2026, Equifax's counsel conferred with Plaintiff's counsel regarding the basis for its need for an additional extension. Plaintiff's counsel had no objection and provided his consent.

NOW THEREFORE, Equifax requests an additional extension of time to answer or otherwise respond to Plaintiff's Complaint through and including July 2, 2026.

Respectfully submitted on June 1, 2026.

SEYFARTH SHAW LLP


By:  /s/ Theodore E. Roethke
                    Theodore E. Roethke
                    *Counsel for Defendant*
                    *Equifax Information Services LLC*

2

MOTION FOR ADMINISTRATIVE RELIEF

325746878v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 1, 2026, I presented the foregoing CONSENT MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINE TO FILE ANSWER TO COMPLAINT to the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        */s/ Theodore E. Roethke*
Theodore E. Roethke
*Counsel for Defendant*
*Equifax Information Services LLC*

CERTIFICATE OF SERVICE