# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Alexis Danielle Caro,** | **CASE NO:  2:26–CV–01281–TLN–CSK** |
| **vs.** | **SUMMONS IN A CIVIL CASE** |
| **Equifax Information Services, LLC,** | |

TO:  *(Defendant's Name and Address)*

> **Equifax Information Services, LLC**
> **SERVE: The Prnetice-Hall Corporation System, Inc.**
> **2710 Gateway Oaks Drive, Suite 150N**
> **Sacramento, California 25833**

**YOU ARE HEREBY SUMMONED**.

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff at the address below an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure and file the answer or motion with the Clerk of Court.

> **Craig Carley Marchiando**
> **Consumer Litigation Associates**
> **763 J. Clyde Morris Blvd., Suite 1–A**
> **Newport News, VA 23601**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

**KEITH HOLLAND**
_____
CLERK

**/s/  V. Kyono**
_____
(By) DEPUTY CLERK



**ISSUED ON 2026–04–02 12:43:28**
**CLERK, USDC EDCA**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Craig Marchiando SBN 1010769**<br>**Consumer Litigation Associates**<br>**763 J. Clyde Morris Boulevard 1-A**<br>**Newport News, VA 23601**<br>ATTORNEY FOR   **Plaintiff** | **(757) 930-3660** | |
| EASTERN DISTRICT, SACRAMENTO<br>501 I St.<br>Sacramento, CA 95814 | | |
| SHORT TITLE OF CASE:<br>Caro, Alexis Danielle v. Equifax Information Services, LLC. | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>2:26-cv-01281 |
|---|---|---|---|

| **Declaration of Service** | Ref. No. or File No:<br>0 |
|---|---|

### United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Initial Scheduling Order, Magistarte Judge Consent in Civil Cases, Notice, Consent/Decline of US Magistrate, VDR, Stipulation to Elect Referral of Action to Voluntary Dispute**

On: **Equifax Informationn. Services, LLC.**

I served the summons at:

**2710 Gateway Oaks Dr, Suite 150N  Sacramento, CA 95833**

On: **4/17/2026**          Date: **12:44 PM**

In the above mentioned action  by personally serving to and leaving with

**Maddie Bright  -  Agent for The Prentice-Hall Corporation System, Inc.**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

a. Name: **Robert J. Mason**
b. Address: **15345 Fairfield Ranch Rd Suite 200, Chino Hills, CA 91709**
c. Telephone number: **9096649577**
d. **The fee** for this service was: **135.00**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



_____
**Robert J. Mason**                    Date: **04/20/2026**

---

| Declaration of Service | Invoice #: 14529658 |
|---|---|