UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS DANIELLE CARO, | Case No. 2:26-cv-01281-TLN-CSK |
| Plaintiff, | **ORDER GRANTING CONSENT MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINE TO FILE ANSWER TO COMPLAINT** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant. | |

Good cause having been shown,

IT IS HEREBY ORDERED that the Equifax Information Services LLC shall have until, and including, July 2, 2026, to file a response to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: June 3, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

325747346v.1